# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2649 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 206 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 15555 |
| | : | |
| ROBERT J. MURPHY, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of December, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board, Respondent's Petition for Review, and the further responses, the petition for review is denied. Robert J. Murphy is suspended from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).